United States District Court
Southern District of Texas

**ENTERED**

May 19, 2022

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE ORION MARINE CONSTRUCTION, INC. AS OWNER AND/OR OWNER PRO HAC VICE OF THE DREDGE "WAYMON L BOYD AND SEVERAL VESSELS WORKING IN A FLOTILLA WITH THE WAYMON L BOYD", | § § § § § § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:21-CV-00004 |
| ALL POTENTIAL CLAIMANTS, *et al.*, | § § | |
| Defendants. | § | |

## <u>FINAL JUDGMENT</u>

Pursuant to the Court's Orders:

1. D.E. 212 (dismissing claims of Nicole Coca, Jose Roldolfo Coca, Yanira Zamaria Coca, Gerardo Adolfo Coca, Dionicio Coca, Yolanda Coca and Sofia Coca (non-Estate claims related to the death of Jose Coca Avalos a/k/a Jose Rodolfo Coca);

2. D.E. 199 (dismissing claims of Estate of Joel Rivera Deleon and family through estate representative);

3. D.E. 211 (dismissing claims of Estate of Arturo Cavazos and family through estate representative);

4. D.E. 214 (dismissing claims of Estate of Miguel Martinez and family through estate representative);

5. D.E. 179 (dismissing claims of Estate of Rafael Espinoza and family through estate representative);

6. D.E. 204 (dismissing claims of Estate of Jose Coca Avalos a/k/a Jose Rodolfo Coca and wife and minor children through estate representative);

7. D.E. 206 (dismissing claims of Lucio Silva);

8. D.E. 205 (dismissing claims of Jose Delgado);

9. D.E. 160 (dismissing claims of Mario Maravilla);

10. D.E. 198 (dismissing claims of Jose Cantu and Stephanie Molina);

11. D.E. 208 (dismissing claims of Epic Crude Terminal Company, LP);

12. D.E. 194 (dismissing claims of Certain Epic Insurers); and

13. D.E. 216 (dismissing claims of Enterprise Products Operating, LLC, South Texas NGL Pipelines, LLC and Enterprise Products Partners, LP),

the Court enters final judgment dismissing this action with prejudice.

ORDERED on May 19, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE